**JERRY NASH DRYWALL, INC., Appellant,**

v.

**Ronnie DURNELL, Respondent.**

**No. WD 38941.**

Missouri Court of Appeals, Western District.

July 21, 1987.

James E. Thompson, Jr. & Aaron L. Aurand of Crouch, Crouch, Spangler & Douglas, Harrisonville, for appellant.

Denise Deason-Toyne of UAW-Ford Legal Services Plan, Claycomo, for respondent.

Before KENNEDY, C.J., Presiding, MANFORD, and LOWENSTEIN, JJ.

PER CURIAM:

### ORDER

This is an action in contract with appellant seeking monies claimed for labor and materials. Respondent filed a counterclaim seeking damages for unworkmanlike performance. The trial court entered judgment for respondent on the original claim and for respondent on the counterclaim. This appeal followed.

Judgment affirmed. Rule 84.16(b).